FILED

FEB 2 6 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Christopher A Lane
317 Buckhannon Ave
Clarksburg WV 26301

        Plaintiff,                       COMPLAINT

        v.                             CIVIL ACTION NO. 1:24-cv-24

CITY OF CLARKSBURG
222 W Main St
Clarksburg WV 26301

        Defendant

## JURSIDICTION

This Court has jurisdiction over this matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## COMPLAINT

This complaint, brought pursuant to 5 U.S.C. § 552(a)(4)(B), The Freedom of Information Act, arises out of the defendants' failure to timely respond to Plaintiff's Freedom of Information rights, submitted on or about September 12, 2023 in Clarksburg, Harrison County, West Virginia, within the Northern District of West Virgina.  The defendant acknowledged the above submission of Freedom of Information Act request on or about September 14, 2023 via an email stating "Dear Mr. Lane:  We are in receipt of your FOIA requests dated September 12, 2023 and anticipate having any available information to you by September 30th."  The Plaintiff addressed the defendant via a city council meeting on or about January 4, 2024 requesting an update to the Freedom of Information Act request submitted on or about September 12, 2023.  At that meeting, a representative of the defendant stated that "we'll have a response to you Mr. Lane by the end of next week".  The plaintiff visited city hall on or about January 12, 2024 to inquire about the status of the Freedom of Information Act request.  At this visit, a representative of the defendant represented that all of the requests have been answered except for 2 or

3 and that the city manager requested that none of them be released until they are all completed. The Plaintiff again addressed the defendant via a city council meeting on or about February 15, 2024 requesting another update to the Freedom of Information Act request submitted on or about September 12, 2023. Prior to the meeting commencing, a representative of the defendant approached the Plaintiff to state that the Freedom of Information Act responses were located on his desk and that he could have them available the following week. The plaintiff has yet to receive any further correspondence from the defendant and is under the impression that the defendant has no intention of providing a timely response to the Freedom of Information Act requested submitted on or about September 12, 2023.

## **PRAYER FOR RELIEF**

WHEREFORE, based on the above stated facts, the Plaintiff respectfully requests that this Honorable Court award:

1:   Defendant to produce it's answers to the Freedom of Information Act request submitted by plaintiff on or about September 12, 2023.

2:   Damages against the Defendant in an amount to be determined by this Honorable Court which will fairly and reasonably compensate the Plaintiff for:

a:   All court cost related to this filing;

b:   Economic damages, including the loss of wages;

c:   Reasonable attorney fees and costs;

d:   Any other relief that this Court deems is just and fair;

e:   All other damages provided by law;

_____
Plaintiff, Pro Se

2-26-24
Date