```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CHRISTOPHER LANE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**CIVIL CASE NO: 1:24-cv-24**
　　　　　　　　　　　　　　　　　　　**(Judge Kleeh)**

**CITY OF CLARKSBURG,**

    **Defendant.**

## DISMISSAL ORDER

Pursuant to the *Notice of Dismissal* [ECF No. 6], it is **ORDERED** that this matter and all claims herein be **DISMISSED** without prejudice, and that the matter be **STRICKEN** from the Court's docket.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: March 11, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA